UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES SAMSON,

    Petitioner,

v.                                            Case No.  5:11-cv-294-Oc-10TBS

WARDEN, FCC COLEMAN-USP-II,

    Respondent.

## ORDER

Pending before the Court is the petitioner's Second Consented to Motion for Extension of Time to File Reply (Doc. 10).  Petitioner has petitioned the Court for a writ of habeas corpus (Doc. 1).  The respondent has filed its response (Doc. 7) to the petition and the petitioner seeks an enlargement of time within to file a reply to the respondent's response.  It appears from a review of the docket that the reply was filed on January 2, 2012 (Doc. 11).  Petitioner's counsel represents in the motion that the respondent's attorney was contacted and consented to the requested extension of time.  Upon due consideration, petitioner's motion is hereby GRANTED, nunc pro tunc to December 31, 2011.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on January 10, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel